## Robert W. Geiermann, Appellant, v. Marilyn M. Geiermann, Appellee.

Gen. No. 46,967. 

First District, First Division.

January 7, 1957.

Released for publication February 11, 1957.

 Lawrence C. Boyle, for appellant; Defrees, Fiske, O'Brien & Thomson, for appellee, Thomas J. Johnson, Jr. and John W. Hupp, of counsel. Opinion by JUDGE FRIEND. **Not to be published in full.**